UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
Case No. 20-60972-CIV-SINGHAL/HUNT

SHANA DOTY, individually and on behalf
of all others similarly situated,

        Plaintiff

v.

ADT, LLC d/b/a ADT SECURITY SERVICES,
a Delaware limited liability company,

        Defendant
_____/

## ORDER

    This matter is before the Court on Plaintiff's Motion for Order to Show Cause. ECF No. 57. The Honorable Raag Singhal, United States District Judge, previously referred this Motion to the undersigned. *See* ECF No. 64; *see also 28* U.S.C. § 636(b); S.D. Fla. Mag. R. 1. Having reviewed the Motion, the response and reply thereto, as well as the argument of counsel at an October 16, 2020 hearing, this Court hereby ORDERS the Motion be DENIED for the following reasons.

    This is a purported class action lawsuit against security company ADT following alleged unauthorized access to the security systems of ADT's clients. Plaintiff initially sought this Court's invention regarding ADT's communication of settlement offers to potential plaintiffs, alleging such offers were being communicated without potential plaintiffs being adequately notified regarding legal options. This Court ultimately required ADT to use a Court-approved notice "when conducting any settlement discussions with potential class members." ECF No. 33 at 5.

Plaintiff now claims that ADT continued to communicate with potential plaintiffs orally without referencing the Court-approved notice, only providing the notice in an email after an initial agreement was made. Plaintiff contends this violates both the letter and the spirit of the order, and requests that this Court undo any settlement reached under these circumstances.

The undersigned disagrees with Plaintiff's reading of its previous Order. This Court's intent with the required Notice was to ensure that anyone who enters into a settlement with ADT do so informed of the options available. Certainly, the best practice would have been to notify potential plaintiffs orally of the pending class action. However, so long as the notice was communicated prior to finalization of the settlement agreement, the intended purpose of the notice, that the potential plaintiff give informed consent to the settlement, has been fulfilled.

However, the undersigned does note that ADT's actions represent the bare minimum of compliance with this Court's previous order. Defendants have represented to this Court that they have stopped proactively discussing settlement orally with potential plaintiffs, which this Court encourages. Moving forward, any settlement discussions, oral or written, must notify potential plaintiffs of the existence of this class action, and the Notice must be included in any written settlement discussions.

Both Parties request attorney's fees be awarded on this issue. The undersigned finds a fee award to either Party inappropriate at this time.

Accordingly, it is hereby ORDERED and ADJUDGED that

Plaintiff's Motion for Order to Show Cause, ECF No. 57, is DENIED.

**DONE AND ORDERED** in Chambers, at Fort Lauderdale, Florida, on October 23, 2020.

_____
PATRICK M. HUNT
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
The Honorable Raag Singhal
All Counsel of Record