IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

| | |
|---|---|
| SHANA DOTY<br><br>*Plaintiff,*<br><br>v.<br><br>ADT, LLC d/b/a ADT SECURITY SERVICES, and TELESFORO AVILES<br><br><br>*Defendants.* | Case No.: 20-cv-60972-SINGHAL<br><br>Judge Raag Singhal |
| RANDY DOTY<br><br>*Plaintiff,*<br><br>v.<br><br>ADT, LLC d/b/a ADT SECURITY SERVICES, and TELESFORO AVILES<br><br><br>*Defendants.* | Case No.: 21-cv-80645-SINGHAL<br><br>Judge Raag Singhal |

## JOINT NOTICE OF SETTLEMENT IN PRINCIPLE

Pursuant to Local Rule 16.4, Plaintiffs Shana Doty and Randy Doty and Defendant ADT, LLC (collectively, the "Parties") respectfully notify the Court that they have reached a settlement in principle to resolve the above-captioned matter. Counsel for the Parties are in the process of preparing and finalizing the Settlement Agreement, and intend to do so within six [6] days of this Notice. Once executed, the Parties will promptly notify the Court.

Dated: June 10, 2022                                    Respectfully Submitted,

| | |
|---|---|
| */s/* Natalia M. Salas<br><br>Natalia M. Salas<br>nsalas@ferrarolaw.com | */s/* Jennifer A. McLoone<br><br>Jennifer A. McLoone (Florida Bar No. 029234) |

| | |
|---|---|
| THE FERRARO LAW FIRM, P.A.<br>Brickell World Plaza<br>600 Brickell Ave, Suite 3800<br>Miami, FL 33131<br>Tel: (305) 375- 0111<br>Fax: (305) 379-6222<br><br>Jay Edelson*<br>jedelson@edelson.com<br>Benjamin H. Richman*<br>brichman@edelson.com<br>J. Eli Wade-Scott*<br>ewadescott@edelson.com<br>Nicholas H. Rosinia*<br>nrosinia@edelson.com<br>Angela Reilly*<br>areilly@edelson.com<br>Zoë Seaman-Grant*<br>zseaman-grant@edelson.com<br>EDELSON PC<br>350 North LaSalle Street, 14th Floor<br>Chicago, Illinois 60654<br>Tel: 312.589.6370<br>Fax: 312.589.6378<br><br>John W. Raggio<br>jraggio@fnlawfirm.com<br>FEARS NACHAWATI, PLLC<br>5473 Blair Road<br>Dallas, Texas 75231<br>Tel: 214.890.0711<br>Fax: 214.890.0712<br><br>Amy M. Carter*<br>amy@clgtrial.com<br>Heather V. Davis*<br>hdavis@clgtrial.com<br>CARTER LAW GROUP, P.C.<br>5473 Blair Rd.<br>Dallas, Texas 75231<br>Telephone: (214) 390-4173<br><br>*Admitted Pro Hac Vice<br><br>**Counsel for Plaintiffs** | E-Mail: jmcloone@shb.com<br>SHOOK, HARDY & BACON L.L.P.<br>Citigroup Center, Suite 3200201<br>South Biscayne Blvd.<br>Miami, Florida 33131<br>T: (305) 358-5171<br><br>Charles C. Eblen*<br>ceblen@shb.com<br>Jason R. Scott*<br>jscott@shb.com<br>Kerensa Cassis*<br>kcassis@shb.com<br>Stephanie McGraw*<br>smcgraw@shb.com<br><br>SHOOK, HARDY & BACON L.L.P.<br>2555 Grand Boulevard<br>Kansas City, Missouri 64108<br>T: (816) 474-6550<br><br>*Admitted Pro Hac Vice<br><br>**Counsel for Defendant ADT, LLC** |