**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION**

| | |
|---|---|
| SHANA DOTY | Case No.: 20-cv-60972-SINGHAL |
| *Plaintiff,* | Judge Raag Singhal |
| *v.* | |
| ADT, LLC d/b/a ADT SECURITY SERVICES, and TELESFORO AVILES | |
| *Defendants.* | |
| RANDY DOTY | Case No.: 21-cv-80645-SINGHAL |
| *Plaintiff,* | Judge Raag Singhal |
| *v.* | |
| ADT, LLC d/b/a ADT SECURITY SERVICES, and TELESFORO AVILES | |
| *Defendants.* | |

**JOINT NOTICE OF SETTLEMENT WITH DEFENDANT ADT, LLC
AND REQUEST TO VACATE PRETRIAL AND TRIAL DATES**

Pursuant to Local Rule 16.4, Plaintiffs Shana Doty and Randy Doty ("the Dotys") and

Defendant ADT, LLC ("ADT") (collectively, the "Parties") hereby notify the Court that they have

entered into a written settlement agreement to resolve the Dotys' claims against ADT in the above-

captioned action. That agreement permits ADT 30 days to remit payment. The Parties therefore

jointly request that the Court vacate the upcoming pretrial and trial dates, and allow the Parties 30

days to finalize all the preconditions to settlement—upon which the Dotys will file a notice of

dismissal as to Defendant ADT, with prejudice.[1] That notice will request that this Court retain jurisdiction to interpret and enforce the terms of the Parties' settlement agreement.

Dated: June 16, 2022                    Respectfully Submitted,

| | |
|---|---|
| */s/ Natalia M. Salas* | */s/ Jennifer A. McLoone* |
| Natalia M. Salas (Fla. Bar No. 44895)<br>nsalas@ferrarolaw.com<br>THE FERRARO LAW FIRM, P.A.<br>Brickell World Plaza<br>600 Brickell Ave, Suite 3800<br>Miami, FL 33131<br>Tel: (305) 375- 0111<br>Fax: (305) 379-6222 | Jennifer A. McLoone (Fla. Bar No. 029234)<br>jmcloone@shb.com<br>SHOOK, HARDY & BACON L.L.P.<br>Citigroup Center, Suite 3200201<br>South Biscayne Blvd.<br>Miami, Florida 33131<br>T: (305) 358-5171 |
| Jay Edelson*<br>jedelson@edelson.com<br>Benjamin H. Richman*<br>brichman@edelson.com<br>J. Eli Wade-Scott*<br>ewadescott@edelson.com<br>Nicholas H. Rosinia*<br>nrosinia@edelson.com<br>Angela Reilly*<br>areilly@edelson.com<br>Zoë Seaman-Grant*<br>zseaman-grant@edelson.com<br>EDELSON PC<br>350 North LaSalle Street, 14th Floor<br>Chicago, Illinois 60654<br>Tel: 312.589.6370<br>Fax: 312.589.6378 | Charles C. Eblen*<br>ceblen@shb.com<br>Jason R. Scott*<br>jscott@shb.com<br>Kerensa Cassis*<br>kcassis@shb.com<br>Stephanie McGraw*<br>smcgraw@shb.com<br>SHOOK, HARDY & BACON L.L.P.<br>2555 Grand Boulevard<br>Kansas City, Missouri 64108<br>T: (816) 474-6550<br><br>*Admitted Pro Hac Vice*<br><br>**Counsel for Defendant ADT, LLC** |
| John W. Raggio<br>jraggio@fnlawfirm.com<br>FEARS NACHAWATI, PLLC<br>5473 Blair Road<br>Dallas, Texas 75231<br>Tel: 214.890.0711<br>Fax: 214.890.0712 | |

---

[1]     Upon dismissal of Defendant ADT, the Dotys anticipate filing a notice of dismissal pursuant to Federal Rule of Civil Procedure Rule 41(a)(1)(A)(i) to dismiss the remainder of the above-captioned matter.

| | |
|---|---|
| Amy M. Carter* <br> amy@clgtrial.com <br> Heather V. Davis* <br> hdavis@clgtrial.com <br> CARTER LAW GROUP, P.C. <br> 5473 Blair Rd. <br> Dallas, Texas 75231 <br> Telephone: (214) 390-4173 <br><br> *Admitted Pro Hac Vice <br><br> **Counsel for Plaintiffs** | |