UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

SHANA DOTY,

    Plaintiff,

v.                                     CASE NO. 20-60972-CIV-SINGHAL/VALLE

ADT, LLC d/b/a ADT SECURITY
SERVICES, and TELESFORO AVILES,

    Defendants.
_____/

RANDY DOTY,

vs.                                    CASE NO. 21-80645-CIV-SINGHAL/VALLE

ADT, LLC d/b/a ADT SECURITY
SERVICES and TELESFORO AVILES,

    Defendants.
_____/

## ORDER OF DISMISSAL

**THIS CAUSE** is before the Court upon the Notice of Voluntary Dismissal (DE [267]) of claims against the remaining defendant, Telesforo Aviles, filed by Plaintiffs Shana Doty and Randy Doty pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). The Court having carefully reviewed the Notice of Dismissal, and being otherwise fully advised, it is hereby

**ORDERED AND ADJUDGED** that all claims against Telesforo Aviles are **DISMISSED WITHOUT PREJUDICE.** The Clerk of Court is directed to **CLOSE** this

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 18th day of July 2022.

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished counsel via CM/ECF